SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
JAN 1 9 2022
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAKERRIUS JACHUN GILL,

    Defendant.

4:22CR 3007

INDICTMENT
18 U.S.C. § 922(g)(3) and
18 U.S.C. § 924(a)(2)

The Grand Jury charges that:

### COUNT ONE

On or about July 11, 2021, Defendant JAKERRIUS JACHUN GILL, knowing he was an unlawful user of controlled substances, knowingly possessed a firearm in and affecting commerce, that is a Glock model 22, .40 caliber handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney